IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **TERESA GONZALEZ** | § | **PLAINTIFF** |
| | § | |
| | § | |
| **v.** | § | **Civil No. 1:14CV62-HSO-RHW** |
| | § | |
| | § | |
| **UNITED STATES OF AMERICA and** | § | |
| **JOHN DOES A-Z** | § | **DEFENDANTS** |

## FINAL JUDGMENT

This matter came on to be heard upon the Motion to Dismiss or for Summary Judgment [52] filed by Defendant United States of America on September 8, 2015. The Court, after a full review and consideration of the pleadings on file, the record as a whole, and relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this Civil Action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 28th day of December, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE